```
                              United States Bankruptcy Court
                               Middle District of Tennessee
In re:                                                                  Case No. 12-01573-KML
CS DIP, LLC                                                             Chapter 11
Small Smiles Holding Company, LLC
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0650-3          User: krm0551                 Page 1 of 4        Date Rcvd: Dec 14, 2015
                              Form ID: pdf001               Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2015.
```
db          #+CS DIP, LLC,    PO BOX 330646,    Nashville, TN 37203-7509
db           +EE DIP, INC.,    P.O. Box 330646,    Nashville, TN 37203-7509
db           +EEHC, Inc.,    618 Church Street, Suite 520,    Nashville, TN 37219-2457
db           +FNY DIP, LLC,    618 Church Street, Suite 520,    Nashville, TN 37219-2457
db           +FORBA NY, LLC,    618 Church Street, Suite 520,    Nashville, TN 37219-2457
db           +FORBA Services, Inc.,    618 Church Street, Suite 520,    Nashville, TN 37219-2457
db           +FS DIP, INC.,    P.O. Box 330646,    Nashville, TN 37203-7509
db          #+SSHC DIP, LLC,    P.O. Box 330646,    Nashville, TN 37203-7509
db           +Small Smiles Holding Company, LLC,    618 Church Street, Suite 520,    Nashville, TN 37219-2457
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2015 at the address(es) listed below:
```
          AUSTIN LENOY MCMULLEN    on behalf of Interested Party   CSHM LLC amcmullen@babc.com
          BETH ROBERTS DERRICK    on behalf of U.S. Trustee    US TRUSTEE beth.r.derrick@usdoj.gov
          BRYAN D LEINBACH    on behalf of Interested Party    National Union Fire Insurance Company of
           Pittsburgh, Pa bleinbach@zeklaw.com
          COURTNEY HUNTER GILMER    on behalf of Creditor    Official Committee of Unsecured Creditors
           businessbknash@bakerdonelson.com
          COURTNEY HUNTER GILMER    on behalf of Plaintiff    OFFICIAL UNSECURED CREDITORS COMMITTEE
           businessbknash@bakerdonelson.com
          DANIEL HAYS PURYEAR    on behalf of Creditor    Barnes & Thornburg, LLP dpuryear@puryearlawgroup.com
          DAVID W HOUSTON, IV    on behalf of Interested Party    Garrison Investment Group LP
           dhouston@burr.com, mmayes@burr.com;fdelawal@burr.com;nashburrecf@gmail.com
          GLENN BENTON ROSE    on behalf of Creditor HENRY A. MEYER, III, et al. gbr@h3gm.com,
           usbcmail@h3gm.com
          GLENN BENTON ROSE    on behalf of Creditor MICHELL  HIGGS, et al. gbr@h3gm.com,   usbcmail@h3gm.com
          GLENN BENTON ROSE    on behalf of Creditor TIMOTHY  ANGUS, et al. gbr@h3gm.com,   usbcmail@h3gm.com
          H BUCKLEY COLE    on behalf of Debtor    SSHC DIP, LLC hcole@hallboothsmith.com,
           ahogan@hallboothsmith.com;koverfield@hallboothsmith.com
          H BUCKLEY COLE    on behalf of Interested Party    National Union Fire Insurance Company of
           Pittsburgh, Pa hcole@hallboothsmith.com, ahogan@hallboothsmith.com;koverfield@hallboothsmith.com
          JAMES R. KELLEY    on behalf of Interested Party Michael W. Roumph jkelley_br@nealharwell.com,
           LBrian@NealHarwell.com
          JAMES R. KELLEY    on behalf of Interested Party William A. Mueller jkelley_br@nealharwell.com,
           LBrian@NealHarwell.com
          JAMES R. KELLEY    on behalf of Interested Party Edward J. DeRose jkelley_br@nealharwell.com,
           LBrian@NealHarwell.com
          JAMES R. KELLEY    on behalf of Interested Party Richard B. Lane jkelley_br@nealharwell.com,
           LBrian@NealHarwell.com
          JAMES R. KELLEY    on behalf of Interested Party Danny  Derose jkelley_br@nealharwell.com,
           LBrian@NealHarwell.com
          JAMES R. KELLEY    on behalf of Interested Party Adolph R. Padula jkelley_br@nealharwell.com,
           LBrian@NealHarwell.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JAMES R. KELLEY    on behalf of Interested Party Michael A. DeRpse jkelley_br@nealharwell.com,
           LBrian@NealHarwell.com
          JASON M BERGERON    on behalf of Defendant    King & Spalding LLP jbergeron@fbtlaw.com,
           sbryant@fbtlaw.com;pharris@fbtlaw.com;sbryant@ecf.inforuptcy.com;jbergeron@ecf.inforuptcy.com;pha
           rris@ecf.inforuptcy.com
          JASON W CALLEN    on behalf of Debtor    CS DIP, LLC Jason.Callen@butlersnow.com,
           Bonnie.Huettig@butlersnow.com;ECF.Notices@butlersnow.com
          JASON W CALLEN    on behalf of Debtor    FORBA Services, Inc. Jason.Callen@butlersnow.com,
           Bonnie.Huettig@butlersnow.com;ECF.Notices@butlersnow.com
          JASON W CALLEN    on behalf of Debtor    FORBA NY, LLC Jason.Callen@butlersnow.com,
           Bonnie.Huettig@butlersnow.com;ECF.Notices@butlersnow.com
          JASON W CALLEN    on behalf of Debtor    EEHC, Inc. Jason.Callen@butlersnow.com,
           Bonnie.Huettig@butlersnow.com;ECF.Notices@butlersnow.com
          JASON W CALLEN    on behalf of Debtor    Small Smiles Holding Company, LLC
           Jason.Callen@butlersnow.com,  Bonnie.Huettig@butlersnow.com;ECF.Notices@butlersnow.com
          JAY W HURST    on behalf of Creditor    TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
           jay.hurst@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
          JOHN CHARLES TISHLER    on behalf of Debtor    FORBA Services, Inc. john.tishler@wallerlaw.com,
           Chris.Cronk@wallerlaw.com;wallerbankruptcy@wallerlaw.com
          JOHN CHARLES TISHLER    on behalf of Debtor    Small Smiles Holding Company, LLC
           john.tishler@wallerlaw.com,   Chris.Cronk@wallerlaw.com;wallerbankruptcy@wallerlaw.com
          JOHN CHARLES TISHLER    on behalf of Debtor    CS DIP, LLC john.tishler@wallerlaw.com,
           Chris.Cronk@wallerlaw.com;wallerbankruptcy@wallerlaw.com
          JOHN CHARLES TISHLER    on behalf of Debtor    EEHC, Inc. john.tishler@wallerlaw.com,
           Chris.Cronk@wallerlaw.com;wallerbankruptcy@wallerlaw.com
          JOHN CHARLES TISHLER    on behalf of Debtor    SSHC DIP, LLC john.tishler@wallerlaw.com,
           Chris.Cronk@wallerlaw.com;wallerbankruptcy@wallerlaw.com
          JOHN CHARLES TISHLER    on behalf of Debtor    FORBA NY, LLC john.tishler@wallerlaw.com,
           Chris.Cronk@wallerlaw.com;wallerbankruptcy@wallerlaw.com
          JOHN CHARLES TISHLER    on behalf of Debtor    FNY DIP, LLC john.tishler@wallerlaw.com,
           Chris.Cronk@wallerlaw.com;wallerbankruptcy@wallerlaw.com
          JOHN HAYDEN ROWLAND    on behalf of Plaintiff    OFFICIAL UNSECURED CREDITORS COMMITTEE
           businessbknash@bakerdonelson.com
          JOHN HAYDEN ROWLAND    on behalf of Interested Party    Dan B. Lain, soley in his capacity as
           Liquidating Trustee businessbknash@bakerdonelson.com
          JOHN HAYDEN ROWLAND    on behalf of Creditor    Official Committee of Unsecured Creditors
           businessbknash@bakerdonelson.com
          JOHN HAYDEN ROWLAND    on behalf of Plaintiff    Dan B. Lain, solely in his capacity as Plan Agent
            for and on behalf of CS DIP, LLC, SSHC DIP, LLC and FNY DIP, LLC businessbknash@bakerdonelson.com
          JOSEPH ALLEN KELLY    on behalf of Interested Party    Continental Casualty Company ("CNA")
           jkelly@fbtlaw.com,
           sbryant@fbtlaw.com;pharris@fbtlaw.com;sbryant@ecf.inforuptcy.com;pharris@ecf.inforuptcy.com
          KATHLEEN G STENBERG    on behalf of Debtor    Small Smiles Holding Company, LLC
           katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Debtor    FORBA NY, LLC katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Debtor    SSHC DIP, LLC katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Debtor    EEHC, Inc. katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Debtor    FNY DIP, LLC katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Debtor    FS DIP, INC. katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Attorney    Waller Lansden Dortch & Davis, LLP
           katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Debtor    FORBA Services, Inc. katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Debtor    CS DIP, LLC katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KATHLEEN G STENBERG    on behalf of Debtor    EE DIP, INC. katie.stenberg@wallerlaw.com,
           deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
          KENNETH SCOTT LEONETTI    on behalf of Debtor    FORBA NY, LLC kleonetti@foleyhoag.com
          KENNETH SCOTT LEONETTI    on behalf of Debtor    EEHC, Inc. kleonetti@foleyhoag.com
          KENNETH SCOTT LEONETTI    on behalf of Debtor    FORBA Services, Inc. kleonetti@foleyhoag.com
          KENNETH SCOTT LEONETTI    on behalf of Debtor    Small Smiles Holding Company, LLC
           kleonetti@foleyhoag.com
          KENNETH SCOTT LEONETTI    on behalf of Debtor    CS DIP, LLC kleonetti@foleyhoag.com
          LAWRENCE R AHERN III, III    on behalf of Interested Party    Garrison Investment Group LP
           LAhern@burr.com,  mmayes@burr.com;dhouston@burr.com;nashburrecf@gmail.com;lahern@brownahern.com
          LLOYD E MUELLER    on behalf of U.S. Trustee    US TRUSTEE Lloyd.E.Mueller@usdoj.gov
          MARC T. MCNAMEE    on behalf of Interested Party William A. Mueller mmcnamee_br@nealharwell.com
          MARC T. MCNAMEE    on behalf of Interested Party Adolph R. Padula mmcnamee_br@nealharwell.com
          MARC T. MCNAMEE    on behalf of Interested Party Danny  Derose mmcnamee_br@nealharwell.com
          MARC T. MCNAMEE    on behalf of Interested Party Michael W. Roumph mmcnamee_br@nealharwell.com
          MARC T. MCNAMEE    on behalf of Interested Party Edward J. DeRose mmcnamee_br@nealharwell.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              MARC T. MCNAMEE    on behalf of Interested Party Richard B. Lane mmcnamee_br@nealharwell.com
              MARC T. MCNAMEE    on behalf of Interested Party Michael A. DeRpse mmcnamee_br@nealharwell.com
              MATTHEW JORDAN TROY    on behalf of Creditor    UNITED STATES OF AMERICA matthew.troy@usdoj.gov
              MICHAEL S DAVIS    on behalf of Interested Party    National Union Fire Insurance Company of
               Pittsburgh, Pa mdavis@zeklaw.com
              PAUL G JENNINGS    on behalf of Creditor    CIT Healthcare LLC pjennings@bassberry.com,
               bankr@bassberry.com
              R. MARK DONNELL    on behalf of Interested Party    Continental Casualty Company ("CNA")
               mdonnell@waypointlaw.com, lwiggishoff@waypointlaw.com
              REBA  BROWN    on behalf of Interested Party Tarek  Elsafty rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Keerthi  Golla rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Nassef  Lancen rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Yaqoob  Kahn rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Maziar  Izadi rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Kim  Pham rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Grace  Yaghmai rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Sonny  Khanna rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Debtor    Small Smiles Holding Company, LLC rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Edmise  Forestal rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Naveed  Aman rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Judith  Mori rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Ismatu  Kamara rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Shilpa  Agadi rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Evan  Goldstein rbrown@lewisking.com,
               moyharcabal@lewisking.com
              REBA  BROWN    on behalf of Interested Party Coury  Bonds rbrown@lewisking.com,
               moyharcabal@lewisking.com
              ROBERT A GUY    on behalf of Defendant    King & Spalding LLP bguy@polsinelli.com
              ROBERT A GUY    on behalf of Creditor    Arcapita, Inc. bguy@polsinelli.com
              ROBERT J MENDES    on behalf of Interested Party    Continental Casualty Company ("CNA")
               bmendes@waypointlaw.com, lwiggishoff@waypointlaw.com
              ROBERT J WELHOELTER    on behalf of Debtor    EEHC, Inc. rjwelho@gmail.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com;rob.welhoelter@wallerlaw.com
              ROBERT J WELHOELTER    on behalf of Debtor    CS DIP, LLC rjwelho@gmail.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com;rob.welhoelter@wallerlaw.com
              ROBERT J WELHOELTER    on behalf of Debtor    FORBA NY, LLC rjwelho@gmail.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com;rob.welhoelter@wallerlaw.com
              ROBERT J WELHOELTER    on behalf of Debtor    Small Smiles Holding Company, LLC rjwelho@gmail.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com;rob.welhoelter@wallerlaw.com
              ROBERT J WELHOELTER    on behalf of Debtor    FORBA Services, Inc. rjwelho@gmail.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com;rob.welhoelter@wallerlaw.com
              ROBERT J WELHOELTER    on behalf of Attorney Robert  Welhoelter rjwelho@gmail.com,
               chris.cronk@wallerlaw.com;Deborah.liles@wallerlaw.com;rob.welhoelter@wallerlaw.com
              ROBERT P. SWEETER    on behalf of Debtor    CS DIP, LLC robert.sweeter@wallerlaw.com,
               cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
              RUSSELL EMERY STAIR    on behalf of Creditor    CIT Healthcare LLC rstair@bassberry.com,
               bankr@bassberry.com;churley@bassberry.com
              Robert Charles Goodrich, Jr.    on behalf of Interested Party    Westchester Fire Insurance Company
               bgoodrich@burr.com, mmayes@burr.com;sspeed@burr.com
              SHIRA D. WEINER    on behalf of Interested Party    Garrison Investment Group LP
               sweiner@gibsondunn.com,
               dfeldman@gibsondunn.com;ewise@gibsondunn.com;tsica@gibsondunn.com;jdebartolo@gibsondunn.com
              STEPHEN MICHAEL MONTGOMERY    on behalf of Interested Party Adolph R. Padula
               smontgomery@nealharwell.com
              STEPHEN MICHAEL MONTGOMERY    on behalf of Interested Party Michael W. Roumph
               smontgomery@nealharwell.com
              STEPHEN MICHAEL MONTGOMERY    on behalf of Interested Party Michael A. DeRpse
               smontgomery@nealharwell.com
              STEPHEN MICHAEL MONTGOMERY    on behalf of Interested Party Edward J. DeRose
               smontgomery@nealharwell.com
              STEPHEN MICHAEL MONTGOMERY    on behalf of Interested Party Danny  Derose
               smontgomery@nealharwell.com
              STEPHEN MICHAEL MONTGOMERY    on behalf of Interested Party William A. Mueller
               smontgomery@nealharwell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          STEPHEN MICHAEL MONTGOMERY   on behalf of Interested Party Richard B. Lane smontgomery@nealharwell.com
          STEVEN L. LEFKOVITZ   on behalf of Creditor Sterling Mustered slefkovitz@lefkovitz.com, stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@gmail.com;khancock@lefkovitz.com;kyle@lefkovitz.com;LefkovitzCVLECF@Lefkovitz.com
          STEVEN L. LEFKOVITZ   on behalf of Creditor ADVENTURE 3 PROPERTIES, LP slefkovitz@lefkovitz.com, stevelefkovitz@aol.com;chris@lefkovitz.com;kimberly@lefkovitz.com;matthew@lefkovitz.com;sllbkecf@gmail.com;khancock@lefkovitz.com;kyle@lefkovitz.com;LefkovitzCVLECF@Lefkovitz.com
          TRACY M LUJAN   on behalf of Creditor HENRY A. MEYER, III, et al. tml@h3gm.com, usbcmail@h3gm.com
          TRACY M LUJAN   on behalf of Creditor MICHELL HIGGS, et al. tml@h3gm.com, usbcmail@h3gm.com
          US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
          WILLIAM FREDERICK MCCORMICK   on behalf of Creditor Tennessee Department of Revenue agbanklundin@ag.tn.gov

                                                                                                         TOTAL: 108

Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 12/14/2015



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| CS DIP, LLC (f/k/a Church Street Health Management, LLC), | Case No. 12-01573 |
| SSHC DIP, LLC (f/k/a Small Smiles Holding Company, LLC), | Case No. 12-01574 |
| FNY DIP, LLC (f/k/a FORBA NY, LLC), | Case No. 12-01575 |
| Debtors.[1] | (Jointly Administered under Case No. 12-01573) |

## ORDER GRANTING EXPEDITED MOTION OF THE LIQUIDATING TRUSTEE FOR ORDER ALLOWING USE OF COURT REPORTER

This matter came before the Court on the Motion of Dan B. Lain, solely in his capacity as Liquidating Trustee, for an Order Allowing the Use of a Court Reporter at the hearing on his Motion for Order (A) Approving Amended and Restated Settlement with Insurers, (B) Granting an Injunction in Favor of the Insurers, and (C) Approving Amended Trust Distribution Procedures (the "Settlement Motion").  Based on the pleadings, the Motion is hereby GRANTED.  It is further

**ORDERED** that the Trustee is authorized to engage an external court reporter to attend the hearing on the Settlement Motion scheduled for December 15, 2015, and to contemporaneously record the proceedings stenographically.

---

[1] The original Debtors whose cases were jointly administered under Case No. 12-01573 were CS DIP, LLC (f/k/a Church Street Health Management, LLC) (Case No. 12-01573), SSHC DIP, LLC (f/k/a Small Smiles Holding Company, LLC) (Case No. 12-01574), FNY DIP, LLC (f/k/a FORBA NY, LLC) (Case No. 12-01575), FS DIP, INC. (f/k/a FORBA Services, Inc.) (Case No. 12-01577) and EE DIP, INC. (f/k/a EEHC, Inc.) (Case No. 12-01576).

**IT IS SO ORDERED.**

> **THIS ORDER WAS SIGNED AND ENTERED
> ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

*/s/ John H. Rowland*
John H. Rowland (BPR# 013944)
Courtney H. Gilmer (BPR # 022131)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5544
Facsimile: (615) 744-5544
Email for ECF purposes:
businessbknash@bakerdonelson.com

E. Franklin Childress, Jr. (BPR# 007040)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2147
Facsimile: (901) 577-2303
Email: fchildress@bakerdonelson.com

*Counsel for the Liquidating Trust*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of December, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, first-class postage prepaid. Parties may access this filing through the Court's electronic filing system.

      */s/ John H. Rowland*

3

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:12-bk-01573    Doc 893    Filed 12/16/15    Entered 12/17/15 00:30:54    Desc
Imaged Certificate of Notice    Page 7 of 7